JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARLA K. LETELLIER (CSBN 234969)
7  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
8  Office of the General Counsel
9  Social Security Administration
   6401 Security Boulevard
10 Baltimore, MD 21235
11 Telephone: (415) 977-8928
   Marla.Letellier@ssa.gov
12
13 Attorneys for Defendant
14
                    UNITED STATES DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16
                          WESTERN DIVISION
17

18 | ALISA H. SIMONEL KEEGAN,          | Case No. 2:24-cv-06089-ADS
19 |                                    |
   |            Plaintiff,              |
20 |                                    | ~~PROPOSED~~ JUDGMENT RE
   |       vs.                          | VOLUNTARY REMAND
21 |                                    | PURSUANT TO SENTENCE
22 | MARTIN O'MALLEY,                   | FOUR OF 42 U.S.C. § 405(g),
   | Commissioner of Social Security,   |
23 |                                    |
24 |            Defendant.              |

25    Having approved the parties' joint stipulation to voluntary remand

26 pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

27

Judgment Re. Remand                    Page 1

1   COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

2       Dated this 30_ day of _January, 2025.

3

4                                                           /s/ Autumn D. Spaeth

5                                                 HON. AUTUMN D. SPAETH
                                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27